# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |  |
|---|---|---|---|
| THERESA BRIDIE AND STELLA STORM | : : : |  |  |
| Plaintiffs, | : : | Civil Action No.: | 07-1634 (RMU) |
| v. | : : | Document No.: | 1 |
| GARY C. ADLER *et al.*, | : : |  |  |
| Defendants. | : |  |  |

# **ORDER**

### *SUA SPONTE* DISMISSING THE CASE WITHOUT PREJUDICE

For the reasons stated in the accompanying Memorandum Opinion, it is this 29th day of May, 2008,

**ORDERED** that the plaintiffs' action is **DISMISSED**, without prejudice.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge