**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| THERESA BRIDIE AND STELLA STORM | : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 07-1634 (RMU) |
| v. | : | Document No.: | 1 |
| GARY C. ADLER *et al.*, | : : : | | |
| Defendants. | : | | |

**MEMORANDUM OPINION**

*SUA SPONTE* DISMISSING THE CASE WITHOUT PREJUDICE

On September 14, 2007, the *pro se* plaintiffs, Theresa Bridie and Stella Storm, filed a complaint against the defendants. Since then, more than eight months have passed and the plaintiffs have failed to serve the defendants. Like any other plaintiff, *pro se* plaintiffs must comply with the Federal Rules of Civil Procedure. *Moore v. Agency for Int'l Dev.*, 994 F.2d 874, 876 (D.C. Cir. 1993). At the same time, the court notes the importance of providing *pro se* litigants with the necessary knowledge to participate effectively in the trial process. *Id.* Therefore, on May 7, 2008, the court issued a minute order directing the plaintiffs to show cause on or before May 16, 2008 why they had failed to demonstrate proper service of process pursuant to Federal Rule of Civil Procedure 4(m). To date, the plaintiffs have not responded and have not effected service of process. Accordingly, the plaintiffs' claims are dismissed without prejudice. An order consistent with this memorandum opinion is separately and contemporaneously issued this 29th day of May, 2008.